IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-1319-AP

MELISSA RUSS,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Joseph A. Whitcomb
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
Phone: (888) 968-0007
Email: joe@RMDLG.com

For Defendant:
John F. Walsh
United States Attorney

James L. Burgess
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration-Region VIII
1969 Stout Street, Suite 4169
Denver, CO 80294-4003
Phone: (303) 844-1856
Email: james.burgess@ssa.gov

J. Benedict García
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Phone: (303) 454-0100
Email: J.B.Garcia@usdoj.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

      **A.     Date Complaint Was Filed:**  May 20, 2013

      **B.     Date Complaint  Was Served on U.S. Attorney's Office:**  May 29, 2013

      **C.     Date Answer and Administrative Record Were Filed:**  July 29, 2013

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.     OTHER MATTERS**

There are no other matters anticipated.  Plaintiff's current claim does not involve any prior judicial proceedings.

**8.     BRIEFING SCHEDULE**

Attorneys for both parties agree to the following proposed briefing schedule:

      **A.     Plaintiff's Opening Brief Due:**  September 30, 2013

      **B.     Defendant's Response Brief Due:**  October 30, 2013

      **C.     Plaintiff's Reply Brief (If Any) Due:**  November 14, 2013

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiff's Statement:** Plaintiff does not request oral argument.

   B.   **Defendant's Statement:** Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have <u>not</u> consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

   DATED this 20th day of August, 2013.

                                                              BY THE COURT:

                                                              *s/John L. Kane*
                                                              U.S. DISTRICT COURT JUDGE

APPROVED:                                                     JOHN F. WALSH
                                                              UNITED STATES ATTORNEY

                                                              J. Benedict García
                                                              Assistant United States Attorney

s/ Joseph A. Whitcomb                                         s/ James L. Burgess
Joseph A. Whitcomb                                            Special Assistant United States Attorney
Rocky Mountain Disability Law Group                           Office of the General Counsel
1391 Speer Blvd., Suite 705                                   Social Security Administration-Region VIII
Phone: (888) 968-0007                                         Denver, CO 80204
Email: joe@RMDLG.com                                          1969 Stout Street, Suite 4169
*Counsel for Plaintiff*                                       Denver, CO 80294-4003
                                                              Phone: (303) 844-1856
                                                              Email: james.burgess@ssa.gov
                                                              *Counsel for Defendant*