**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01319-REB

MELISSA RUSS

      Plaintiff

v.

CAROLYN W. COLVIN, Commissioner of Social Security

      Defendant

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Reversing Disability Decision and Remanding to

Commissioner by Judge Robert E. Blackburn entered on September 15, 2014 It is

ORDERED that the decision of Commissioner of Social Security is reversed and

remanded.  That plaintiff is AWARDED her costs, to be taxed by the clerk of the court

pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C.

§ 2412(a)(1).


      Dated at Denver, Colorado this 15th day of September, 2014.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By:  s/   A. Lowe

A. Lowe
Deputy Clerk